| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**

Calfrac Well Services Corp.

**2. Debtor's unique identifier**

For non-individual debtors:

☑ Federal Employer Identification Number (EIN)   8  4  – 1  5  9  1  7  3  8

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**

Ronald P. Mathison

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Court of Queen's Bench of Alberta

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor   Calfrac Well Services Corp.
         Name

Case number (*if known*)_____

| | |
|---|---|
| **8.** **Others entitled to notice** | Attach a list containing the names and addresses of: |

    (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9.** **Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

1560 Broadway, Suite 2090
Number    Street

P.O. Box

Denver, Colorado       80202
City    State/Province/Region    ZIP/Postal Code

United States of America
Country

**Individual debtor's habitual residence:**

Number    Street

P.O. Box

City    State/Province/Region    ZIP/Postal Code

Country

**Address of foreign representative(s):**

411 - 8th Avenue S.W.
Number    Street

P.O. Box

Calgary, Alberta      T2P  1E3
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**10.** **Debtor's website** (URL)

https://www.calfrac.com

**11.** **Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other.  Specify: _____

☐ Individual

| Debtor | Calfrac Well Services Corp. | Case number (*if known*) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ /s/ Ronald P. Mathison _____     Ronald P. Mathison _____
Signature of foreign representative                              Printed name

Executed on   07/13/2020
              MM / DD / YYYY

✖ _____     _____
Signature of foreign representative                              Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✖ /s/ Caroline A. Reckler _____     Date   07/13/2020
Signature of Attorney for foreign representative                 MM   / DD / YYYY

Caroline A. Reckler _____
Printed name
Latham & Watkins LLP _____
Firm name
330 North Wabash Avenue, Suite 2800 _____
Number        Street
Chicago _____     IL        60611 _____
City                                          State      ZIP Code

(312) 876-7700 _____     caroline.reckler@lw.com _____
Contact phone                         Email address

6275746 _____     IL _____
Bar number                            State

**Calfrac Well Services Corp.**
**<u>Chapter 15 Voluntary Petition Attachments</u>**

<u>Item 6</u>.  A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative.

| COURT FILE NUMBER | 2001 - | Clerk's Stamp |
|---|---|---|
| COURT | COURT OF QUEEN'S BENCH OF ALBERTA | |
| JUDICIAL CENTRE | CALGARY | |

| MATTER | IN THE MATTER OF SECTION 192 OF THE CANADA BUSINESS CORPORATIONS ACT, R.S.C. 1985, C. C-44, AS AMENDED |
|---|---|
| | AND IN THE MATTER OF A PROPOSED ARRANGEMENT OF 12178711 CANADA INC., CALFRAC WELL SERVICES LTD., CALFRAC (CANADA) INC., CALFRAC WELL SERVICES CORP. and CALFRAC HOLDINGS LP, by its General Partner CALFRAC (CANADA) INC. |
| APPLICANTS | 12178711 CANADA INC., CALFRAC WELL SERVICES LTD., CALFRAC (CANADA) INC., CALFRAC WELL SERVICES CORP. and CALFRAC HOLDINGS LP, by its General Partner CALFRAC (CANADA) INC. |
| RESPONDENT | Not Applicable |
| DOCUMENT | **PRELIMINARY INTERIM ORDER** |
| ADDRESS FOR SERVICE AND CONTACT INFORMATION OF PARTY FILING THIS DOCUMENT | **BENNETT JONES LLP** Barristers and Solicitors 4500, 855 – 2nd Street S.W. Calgary, Alberta  T2P 4K7 |

| | | |
|---|---|---|
| Solicitor: | Chris Simard / Kevin Zych / Michael Shakra |
| Telephone: | 403-298-4485  / 416-777-5738  / 416-777-6236 |
| Facsimile: | 403-260-7024  / 416-862-6666  / 416-862-6666 |
| Email: | simardc@bennettjones.com/ zychk@bennettjones.com  / shakram@bennettjones.com |

File Number:  044609-00111

**DATE ON WHICH ORDER WAS PRONOUNCED:**   **July 13, 2020**

**NAME OF JUDGE WHO MADE THIS ORDER:**   JUSTICE D. B. NIXON

**LOCATION OF HEARING:**   **CALGARY, ALBERTA**

- 2 -

**UPON** the Originating Application (the "**Application**") of 12178711 Canada Inc. ("**Calfrac Arrangeco**") Calfrac Well Services Ltd. ("**Calfrac**"), Calfrac (Canada) Inc. ("**CCI**"), Calfrac Well Services Corp. ("**CWSC**") and Calfrac Holdings LP ("**CHLP**"), by its general partner CCI. (collectively, the "**Calfrac Entities**" or the "**Applicants**") for a preliminary Interim Order (the "**Preliminary Interim Order**") pursuant to Section 192 of the *Canada Business Corporations Act*, R.S.C. 1985, c. C-44, as amended (the "**CBCA**") in connection with an arrangement (the "**Arrangement**") involving the Calfrac Entities;

**AND UPON** reading the Application and the affidavit of Ronald P. Mathison, Co-founder and Executive Chairman of Calfrac, sworn on July 13, 2020 (the "**Mathison Affidavit**");

**AND UPON HEARING** counsel for the Applicants, counsel for an *ad hoc* committee of Senior Unsecured Noteholders (the "**Ad Hoc Committee of Senior Unsecured Noteholders**"), and counsel for the Agent;

**FOR THE PURPOSES OF THIS ORDER:**

1.　Capitalized terms used herein but not defined have the meanings set forth in Schedule A.

**IT IS HEREBY ORDERED AND DECLARED THAT:**

**Service**

2.　Service of Notice of this Application in respect of the Preliminary Interim Order is hereby deemed to be good and sufficient and this Application is properly returnable today.

**Entities Subject to These Proceedings**

3.　The Applicants are all entities subject to these proceedings, and are authorized to take all steps necessary or desirable to advance the Arrangement and the Recapitalization Transaction.

- 3 -

**Record Dates**

4.    Subject to further Order of this Court, provided that the date of any meeting of Senior Unsecured Noteholders to consider any Plan of Arrangement which may be proposed in these proceedings occurs on or before 60 days from the date of this Order, the record date (the "**Senior Unsecured Noteholder Record Date**") for determination of the Senior Unsecured Noteholders entitled to notice of, and to vote at, such meeting, shall be 5:00 p.m. (Calgary time) on July 13, 2020.

5.    Subject to further Order of this Court, provided that the date of any meeting of Common Shareholders to consider any Plan of Arrangement which may be proposed in these proceedings occurs on or before 60 days from the date of this Order, the record date (the "**Shareholder Record Date**") for determination of the Common Shareholders entitled to notice of, and to vote at, such meeting, shall be 5:00 p.m. (Calgary time) on July 13, 2020.

6.    The requirement to provide notice of the Senior Unsecured Noteholder Record Date or the Common Shareholder Record Date (collectively, the "**Record Dates**") by way of newspaper advertisement pursuant subsection 133(4)(a) of the ABCA and/or subsection 134(3)(a) of the CBCA (collectively, the "**Record Date Notice Provisions**") is waived and the Applicants shall be deemed to have complied with the Record Date Notice Provisions by complying with all other applicable notice requirements in respect of the Record Dates pursuant to the ABCA, the CBCA or otherwise.

**Stay of Proceedings**

7.    From 12:01 a.m. (Calgary time) on the date of this Preliminary Interim Order and until further order of the Court (the "**Stay Period**"), no right, remedy or proceeding, including, without limitation, any right to terminate, demand, accelerate, set off, amend, declare in default or take any other action under or in connection with any loan, note, commitment, contract or other agreement, at law or under contract, may be exercised, commenced or proceeded with by: (i) the Second Lien Noteholders; (ii) the Senior Unsecured Noteholders; (iii) any administrative agent, collateral agent, sub-agent, indenture trustee or similar person in respect of or in connection with amounts

- 4 -

owing to the Second Lien Noteholders or the Senior Unsecured Noteholders; or (iv) any person (other than HSBC in its capacity as Agent under, and the lenders party to, the Credit Agreement, who are expressly not subject to the stay of proceedings herein) that is party to or a beneficiary of any other loan, note, commitment, contract or other agreement with one or more of the Calfrac Entities, against or in respect of any of the Calfrac Entities, or any of the present or future property, assets, rights or undertakings of any of the Calfrac Entities, of any nature in any location, whether held directly or indirectly by any of the Calfrac Entities, by reason or as a result of:

(a)     the Applicants having made an application to this Court pursuant to Section 192 of the CBCA;

(b)     any of the Calfrac Entities being a party to or involved in these proceedings or the Arrangement;

(c)     any of the Calfrac Entities taking any step contemplated by or related to these proceedings or the Arrangement, including but not limited to the commencement or prosecution of any foreign proceedings for the recognition of these proceedings or the Arrangement;

(d)     the non-payment of principal, interest and any other amounts due and payable in respect of any of the Senior Unsecured Notes or any related documents, or the expiry of any applicable grace periods thereunder; or

(e)     any default or cross-default under or in connection with any of the Second Lien Notes, the Senior Unsecured Notes or any related documents,

in each case except with the prior consent of the Applicants or leave of this Court.

8.     To the extent that any limitation or cure period under, in respect of or in connection with the Second Lien Notes, the Senior Unsecured Notes or any related documents (a **"Limitation or Cure Period"**) expires on or after the date of this Preliminary Interim Order (the **"Effective Date"**), such limitation or cure period shall be tolled and extended for the duration of the Stay Period, such that it ceases to continue running and shall be deemed not

- 5 -

to have expired during the period between the Effective Date and the termination of the Stay Period.

**Notice of Proceedings**

9.  Subject to further order of this Court, the only persons entitled to notice of and to appear and be heard at subsequent motions within these proceedings shall be:

    (a)    the Calfrac Entities and their counsel;

    (b)    counsel to the Agent, the Second Lien Note Trustee, the Senior Unsecured Note Trustee or any of the Second Lien Noteholders or Senior Unsecured Noteholders;

    (c)    counsel to the Ad Hoc Committee of Senior Unsecured Noteholders;

    (d)    the CBCA Director; and

    (e)    any other interested person who has served a Notice of Appearance in accordance with this Preliminary Interim Order.

10.  Any Notice of Appearance served in these proceedings shall be served on the counsel for the Calfrac Entities as soon as reasonably practicable at the following address:

    Bennett Jones LLP
    4500 Bankers Hall East
    855 2 Street SW
    Calgary, AB T2P 4K7

| | |
|---|---|
| Solicitor: | Kevin Zych / Chris Simard |
| Telephone: | 416-777-5738 / 403-298-4485 |
| Facsimile: | 416-862-6666 / 403-265-7219 |
| Email: | zychk@bennettjones.com / simardc@bennettjones.com |

**Comeback Hearing**

11.  Any interested party that wishes to amend or vary this Preliminary Interim Order shall be entitled bring an application before this Court on seven business days' notice to the

- 6 -

Calfrac Entities and any other party or parties likely to be affected by the order to be sought by such interested party.

**Notices and Distribution**

12.     The Applicants are at liberty to serve or distribute this Preliminary Interim Order, any other materials and orders in these proceedings, any notices or other correspondence, by forwarding true copies thereof by prepaid ordinary mail, courier, personal delivery, facsimile transmission or, electronic mail or e-mail, to interested parties at their respective addresses, electronic mail or email addresses as last shown on the records of the Calfrac Entities and that any such service or distribution by courier, personal delivery, facsimile, electronic mail or e-mail transmission shall be deemed to be received on the next business day following the date of forwarding thereof, or if sent by ordinary mail, on the third business day after mailing.

13.     Service or distribution in accordance with this Preliminary Interim Order shall be deemed to be in satisfaction of a legal or judicial obligation, and notice requirements within the meaning of clause 3(c) of the *Electronic Commerce Protection Regulations*, Reg. 8100-2-175 (SOR/DORS).

**Foreign Proceeding**

14.     A senior officer of the Applicants is hereby authorized, as necessary, to act as the representative or foreign representative (the "**Foreign Representative**") of the Applicants in connection with these proceedings and with carrying out the terms of this Preliminary Interim Order for, among other things, the purpose of having these proceedings recognized or approved in any other jurisdiction whether in or outside of Canada, as necessary.

15.     The Foreign Representative is hereby authorized to apply for foreign recognition and approval of these proceedings, as necessary, in any jurisdiction outside of Canada, including in the United States pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

- 7 -

**Extra-Territorial Assistance**

16.  This Preliminary Interim Order shall have full force and effect in all other Provinces and Territories of Canada and shall be enforced in the courts of each of the Provinces and Territories of Canada in the same manner in all respects as if this Preliminary Interim Order had been made by the Court enforcing it.

17.  This Court requests the aid and recognition of any court or any judicial, regulatory or administrative body in any province in Canada and any judicial, regulatory or administrative tribunal or body or other court constituted pursuant to the Parliament of Canada, the legislature of any province and any court or any judicial, regulatory or administrative body of the United States, any state thereof or any other country in the aid of and to assist this Court in carrying out the terms of this Preliminary Interim Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Applicants as may be necessary or desirable to give effect to this Preliminary Interim Order or to assist the Calfrac Entities and their respective agents in carrying out the terms of this Preliminary Interim Order.

_____
**Justice of the Court of Queen's Bench of Alberta**

- 8 -

## Schedule A
## Defined Terms

"**ABCA**" means the *Business Corporations Act*, R.S.A. 2000, c. B-9, as amended;

"**Agent**" means HSBC, in its capacity as Lead Arranger, Sole Bookrunner and Administration Agent under the Credit Agreement;

"**Common Shareholders**" means the holders of common shares of Calfrac, in such capacity;

"**Credit Agreement**" means the Amended and Restated Credit Agreement dated April 30, 2019 between Calfrac, as borrower, HSBC Bank Canada ("**HSBC**") and each of the other financial institutions party thereto, as lenders, and HSBC, as Agent (as amended, restated or supplemented from time to time);

"**Recapitalization Transaction**" means the proposed recapitalization transaction to be carried out by the Calfrac Entities, as described in paragraph 24 of the Mathison Affidavit;

"**Second Lien Note Indenture**" the indenture dated February 14, 2020 among Calfrac Holdings LP, as issuer of the Second Lien Notes, Calfrac and Calfrac Well Services Corp., as initial guarantors, and Wilmington Trust, National Association, as trustee;

"**Second Lien Note Trustee**" means Wilmington Trust, National Association, in its capacity as trustee and collateral agent pursuant to the Second Lien Note Indenture;

"**Second Lien Noteholders**" means a holder or holders of the Second Lien Notes, in their capacity as such;

"**Second Lien Notes**" means the 10.875% second lien secured notes of Calfrac Holdings LP in the maximum aggregate amount of USD$120,000,100 due 2026 and issued and outstanding pursuant to the Second Lien Note Indenture;

"**Senior Unsecured Note Indenture**" means the indenture dated May 30, 2018 among Calfrac Holdings LP, as issuer of the Senior Unsecured Notes, Calfrac and Calfrac Well Services Corp.,

- 9 -

as initial guarantors, and Wells Fargo Bank, National Association, as the Senior Unsecured Note Trustee;

"**Senior Unsecured Note Trustee**" means Wells Fargo Bank, National Association, in its capacity as trustee under the Senior Unsecured Note Indenture;

"**Senior Unsecured Noteholders**" means a holder or holders of the Senior Unsecured Notes; and

"**Senior Unsecured Notes**" means the 8.50% senior unsecured notes of Calfrac Holdings LP in the maximum aggregate amount of USD$650,000,000 due 2026 and issued and outstanding pursuant to the Senior Unsecured Note Indenture.

[**The Remainder of the Page is Intentionally Blank**]

**Calfrac Well Services Corp.**
**<u>Chapter 15 Voluntary Petition Attachments</u>**

<u>Item 8</u>. A list containing the names and addresses of (i) all persons or bodies authorized to administer foreign proceedings of the debtor, (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and (iii) all entities against whom provisional relief is being sought under 11 U.S.C. § 1519.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re

Calfrac Well Services Corp.,

    Debtor in a Foreign Proceeding

Chapter 15

Case No. 20-[_____] (____)

**VERIFIED LIST PURSUANT TO RULE 1007(A)(4) OF THE FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE**

I, Ronald P. Mathison, as the authorized foreign representative (the "**Foreign Representative**") of the above-captioned debtor (the "**Debtor**"), which is the subject of proceedings regarding an arrangement under the Canada Business Corporations Act, R.S.C. 1985, c. C-44 (the "**Canadian Proceedings**") concerning the Debtor currently pending before the Court of Queen's Bench of Alberta (the "**Canadian Court**"), hereby submit this verified list pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "**Verified List**") under penalty of perjury under the laws of the United States as follows:

**I.      ADMINISTRATOR OF THE DEBTOR IN FOREIGN PROCEEDING**

1.      I, Ronald P. Mathison, am the authorized Foreign Representative in the Canadian Proceedings. I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States to the best of my knowledge, information, and belief, that, other than the Canadian Proceedings, there are no foreign proceedings pending with respect to the Debtor.

2.      My address is: 411 – 8th Avenue S.W., Calgary, Alberta T2P 1E3, Canada.

US-DOCS\116923762.2

**II.      LITIGATION PARTIES IN THE UNITED STATES**

3.      I certify pursuant to 28 U.S.C. § 1746 under penalty of perjury under the laws of the United States to the best of my knowledge, information, and belief, that the parties to litigation pending in the United States in which the Debtor is a party at the time of the filing of the Debtor's chapter 15 petition for recognition of a foreign main proceeding are listed in <u>Schedule 1</u> hereto.

**III.     ENTITIES AGAINST WHOM PROVISIONAL RELIEF IS SOUGHT PURSUANT TO 11 U.S.C. § 1519**

1.      Attached as <u>Schedule</u> 2 hereto, the Foreign Representative has included a list of the names and addresses of substantially all parties against whom provisional relief is sought.

*[Remainder of Page Left Intentionally Blank]*

I, Ronald P. Mathison, declare under penalty of perjury, that I have reviewed the above Verified List and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: July 13, 2020

/s/ Ronald P. Mathison

Ronald P. Mathison, Petitioner and Foreign Representative

## Schedule 1

**Litigation Parties**

***DeMarcus Curry v. Calfrac*:**

Steven Sachs
Espinoza Law Firm, PLLC
10202 Heritage Blvd.
San Antonio, TX 78216
Email: Steven@espinozafirm.com

***Voorhies v. Wildcat Minerals, LLC et al.***

Plaintiff's Counsel:

Lance H. Lubel
Lubel Voyles LLP
675 Bering Drive, Suite 850
Houston, TX 77057
Email: lance@lubelvoyles.com

Marcus R. Spagnoletti; Eric J. Rhine
Spagnoletti Law Firm
401 Louisiana Street, 8th Floor
Houston, TX 77002
Email: mspagnoletti@spaglaw.com;
        erhine@spaglaw.com

Registered Agent:

Calfrac Well Services Corp.
Serving Registered Agent Corporation Service Company
D/B/A CSC Lawyers Incorporating Service Company
211 E 7th Street Suite 620
Austin, TX 78701

***Soo Line Railroad Company (d/b/a Canadian Pacific) v. Dakota Gold Transfer-Plaza, LLC; and Calfrac***

Dakota Gold's Counsel:
Lee M. Grossman
Severson, Wogsland & Liebl, PC
4627 44th Ave. S, Ste. 108
Fargo, ND 58104
lee.grossman@swlattorneys.com

Canadian Pacific's Counsel:
Mark R. Hanson
Nilles Law Firm
201 North 5th Street
Fargo, ND 58102
mhanson@nilleslaw.com

John K. Fiorilla
Dyer & Peterson PC
322 US Highway 46, Suite 220e
Parsippany, NJ 07054
jfiorilla@dyerpeterson.com

***Contence Sloan v. Calfrac***

Plaintiff:
Contence Sloan
2001 Harvest Hills Ave., Apt. 127
Williston, ND 58801
Sha4133@yahoo.com

***Jose Bonilla v. Calfrac / Liberty Mutual***

Plaintiff's Counsel:
Michael J. Doyle
2501 San Pedro Drive NE
Suite 2058
Albuquerque, NM 87110
mikedoyleatty@gmail.com

Calfrac / Liberty Mutual's Counsel:

Neysa E. Lujan
Butt, Thornton, & Baehr PC.
4101 Indian School Road NE
Suite 300S
Albuquerque, NM 87110
nelujan@btblaw.com

***Loyd Brath v. Calfrac / Liberty Mutual***

Plaintiff's Counsel:
Christopher H. Richter, Esq.
Killin, Davis, Richter & Mayle P.C.
PO Box 4859
Grand Junction, CO 81502
nickl@killianlaw.com

Calfrac / Liberty Mutual's Counsel:

Maureen Harrington, Esq.
5670 Greenwood Plaza Blvd.
Suite 400
Greenwood Village, CO 80111
DenverLegalWC@libertymutual.com

***Mickey Olson v. Calfrac / Liberty Mutual***

Plaintiff's Counsel:
John Hightower
5670 Greenwood Plaza Blvd.
Suite 400
Greenwood Village, CO 80111
jshightower@sbcw-law.com

Calfrac / Liberty Mutual's Counsel:

Jonathan E. Dominguez
P.O. Box 3170
Albuquerque, NM 87190
jedominguez@btblaw.com

***DeMarcus Curry v. Calfrac / Liberty Mutual***

Plaintiff:

DeMarcus Curry
PO BOX 3170
Albuquerque, NM 87190
demarcus.curry2836@gmail.com

Calfrac / Liberty Mutual's Counsel:

Christopher Esson
Downs Stanford, P.C.
2001 Bryan Street
Suite 4000
Dallas, TX 75201
cesson@downstanford.com

**Schedule 2**

**Provisional Relief Parties**

**First Lien Agent**

HSBC Bank Canada
407 – 8th Avenue S.W.
Calgary, Alberta T2P 1E5
Attention: Vice President
Facsimile: (403) 693-8556

HSBC Contact: bruce.robinson@hsbc.ca

<u>Counsel</u>:

Ian Cooper; Shauna Crothers; Daniel E. Sears; Josef Kruger
Borden Ladner Gervais LLP
Centennial Place, East Tower
520 3rd Avenue SW
Suite 1900
Calgary, AB
T2P 0R3
Facsimile: (403) 266-1395
ICooper@blg.com; SCrothers@blg.com; DSears@blg.com ; JKruger@blg.com

**Second Lien Notes Trustee**

Wilmington Trust, National Association
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attention: Calfrac Holdings Notes Administrator
Facsimile: (612) 217-5651

Wilmington Trust Contact: svilhauer@wilmingtontrust.com

<u>Counsel</u>:

Ronald Hewitt
Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
Facsimile: (212) 841-1010
rhewitt@cov.com

**Unsecured Notes Trustee**

Wells Fargo Bank, National Association
333 S. Grand Ave., 5th Floor
Los Angeles, CA 90071
Attention: Corporate Trust Service – Administrator for Calfrac Holdings, Inc.

Wells Fargo Contact: casey.boyle@wellsfargo.com

Counsel

Yesenia D. Batista
Thomson Hine
335 Madison Avenue
12 Floor
New York, NY 10017-4611
Facsimile: (212) 344-6101
Yesenia.Batista@ThompsonHine.com

**G2S2 Capital** (Large Shareholder and Unsecured Noteholder)

Paola Calce
Clarke Inc.
401 Bay St., Suite 2704
Toronto, ON
M5H 2Y4
Facsimile: (416) 640-1834
pcalce@clarkeinc.com

**AIMCO** (Largest Shareholder and Unsecured Noteholder)

Neville Jugnauth
Torys LLP
525 – 8th Avenue S.W., 46th Floor
Eighth Avenue Place East
Calgary, Alberta T2P 1G1 Canada
Facsimile: (403) 776-3800
njugnauth@torys.com

### *DeMarcus Curry v. Calfrac*

Plaintiff's Counsel:

Steven Sachs
Espinoza Law Firm, PLLC
10202 Heritage Blvd.
San Antonio, TX 78216
Steven@espinozafirm.com

### *Voorhies v. Wildcat Minerals, LLC et al.*

Plaintiff's Counsel:

Lance H. Lubel
Lubel Voyles LLP
675 Bering Drive, Suite 850
Houston, TX 77057
lance@lubelvoyles.com

Marcus R. Spagnoletti; Eric J. Rhine
Spagnoletti Law Firm
401 Louisiana Street, 8th Floor
Houston, TX 77002
mspagnoletti@spaglaw.com; erhine@spaglaw.com

### *Soo Line Railroad Company (d/b/a Canadian Pacific) v. Dakota Gold Transfer-Plaza, LLC; and Calfrac*

Plaintiff's Counsel:
Lee M. Grossman
Severson, Wogsland & Liebl, PC
4627 44th Ave. S, Ste. 108
Fargo, ND 58104
lee.grossman@swlattorneys.com

### *Contence Sloan v. Calfrac*

Plaintiff:
Contence Sloan
2001 Harvest Hills Ave., Apt. 127
Williston, ND 58801
Sha4133@yahoo.com

**_Jose Bonilla v. Calfrac / Liberty Mutual_**

Plaintiff's Counsel:
Michael J. Doyle
2501 San Pedro Drive NE
Suite 2058
Albuquerque, NM 87110
mikedoyleatty@gmail.com

Calfrac / Liberty Mutual's Counsel:

Neysa E. Lujan
Butt, Thornton, & Baehr PC.
4101 Indian School Road NE
Suite 300S
Albuquerque, NM 87110
nelujan@btblaw.com

**_Loyd Brath v. Calfrac / Liberty Mutual_**

Plaintiff's Counsel:
Christopher H. Richter, Esq.
Killin, Davis, Richter & Mayle P.C.
PO Box 4859
Grand Junction, CO 81502
nickl@killianlaw.com

Calfrac / Liberty Mutual's Counsel:

Maureen Harrington, Esq.
5670 Greenwood Plaza Blvd.
Suite 400
Greenwood Village, CO 80111
DenverLegalWC@libertymutual.com

### *Mickey Olson v. Calfrac / Liberty Mutual*

Plaintiff's Counsel:
John Hightower
5670 Greenwood Plaza Blvd.
Suite 400
Greenwood Village, CO 80111
jshightower@sbcw-law.com

Calfrac / Liberty Mutual's Counsel:

Jonathan E. Dominguez
P.O. Box 3170
Albuquerque, NM 87190
jedominguez@btblaw.com

### *DeMarcus Curry v. Calfrac / Liberty Mutual*

Plaintiff:

DeMarcus Curry
PO BOX 3170
Albuquerque, NM 87190
demarcus.curry2836@gmail.com

Calfrac / Liberty Mutual's Counsel:

Christopher Esson
Downs Stanford, P.C.
2001 Bryan Street
Suite 4000
Dallas, TX 75201
cesson@downstanford.com

**Calfrac Well Services Corp.**
**<u>Chapter 15 Voluntary Petition Attachments</u>**

<u>Item 11</u>. A corporate ownership statement containing the information described in Rule 7007.1 of the Federal Rules of Bankruptcy Procedure.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re | Chapter 15 |
| Calfrac Well Services Corp., | Case No. 20-[_____] (___) |
| Debtor in a Foreign Proceeding | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name | Percentage of Interest Held |
|---|---|
| Calfrac Well Services Ltd. | 100% |

I, Ronald P. Mathison, declare under penalty of perjury, that I have reviewed the above Statement of Corporate Ownership and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: July 13, 2020

*/s/ Ronald P. Mathison*

Ronald P. Mathison, Petitioner and Foreign Representative

**Calfrac Well Services Corp.**
**Chapter 15 Voluntary Petition Attachments**

<u>Addendum A</u>. Statement Pursuant to 11 U.S.C. § 1515(c).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re | Chapter 15 |
| Calfrac Well Services Corp., | Case No. 20-[_____] (____) |
| Debtor in a Foreign Proceeding | |

## STATEMENT REGARDING KNOWN FOREIGN PROCEEDINGS

I, Ronald P. Mathison, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States as follows:

1.       I am the duly appointed foreign representative (the "**Foreign Representative**") of the above-captioned debtor (the "**Debtor**") which is the subject of proceedings regarding an arrangement under the Canada Business Corporations Act, R.S.C. 1985, c. C-44 (the "**Canadian Proceedings**") concerning the Debtor currently pending before the Court of Queen's Bench of Alberta (the "**Canadian Court**").

2.       I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), in support of the verified chapter 15 petition filed by the Foreign Representative seeking recognition by the United States Bankruptcy Court for the Southern District of Texas of the Canadian Proceedings as foreign main proceedings or, in the alternative, foreign nonmain proceedings.

3.       Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to the best of my knowledge, the Canadian Proceedings currently pending before the Canadian Court are the only proceedings under a law relating to adjustment of debt of any kind pending with respect to

the Debtor and thus is the only known "foreign proceeding" with respect to the Debtor, as that term is defined in section 101(23) of the Bankruptcy Code.

[*Remainder of Page Left Intentionally Blank*]

I, Ronald P. Mathison, declare under penalty of perjury, that I have reviewed the above Statement Regarding Known Foreign Proceedings and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

Dated: July 13, 2020

*/s/ Ronald P. Mathison*
Ronald P. Mathison, Petitioner and
Foreign Representative

US-DOCS\116923425.2