

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/14/2020

| | |
|---|---|
| In re<br><br>Calfrac Well Services Corp., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding | Chapter 15<br><br>20-33529 (DRJ)<br><br>Jointly Administered |

ORDER SCHEDULING HEARING AND
SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the Motion for an *Order Scheduling Hearing and Specifying Form and Manner of Service of Notice* (the "**Motion**")[2] seeking entry of this Order (a) scheduling a hearing on the relief sought in the Petition for Recognition and Chapter 15 Relief (the "**Petition**"), and (b) specifying the form and manner of service of notice thereof (the "**Order**"); this Court having reviewed the Petition and the Mathison and Simard Declarations; this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein begin a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); venue being proper before this Court pursuant to 28 U.S.C. § 1410; appropriate and timely notice of the filing of the Petition and the Hearing having been given; no other or further notice being necessary or required; and the Court having determined that the legal and factual bases set forth in the Petition and all other pleadings and proceedings in this case establish just cause to grant the relief ordered herein, and after due deliberation therefore,

---

[1] The Chapter 15 Debtors, along with the last four digits of each U.S. Debtor's federal tax identification number, where applicable, are as follows: Calfrac Well Services Corp. ("**CWSC**") (1738), 12178711 Canada Inc. ("**Arrangeco**"), Calfrac Well Services Ltd. ("**Calfrac**") (3605), Calfrac (Canada) Inc. ("**CCI**"), and Calfrac Holdings LP ("**CHLP**") (0236).

[2] Unless otherwise defined in this Order, all capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

NOW, THEREFORE, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:[3]

1. The form of notice of the Recognition Hearing annexed to this Motion as <u>Exhibit B</u> (the "**Notice**") is hereby approved.

2. The Foreign Representative shall serve copies of the Notice by the United States Postal Service first class postage-prepaid mail upon the Notice Parties on or before __July 17__, 2020, or as soon thereafter as practical, including such parties or counsel that have addressed outside the United States.

3. The Foreign Representative shall serve the Notice and subsequent notices upon any party that files a notice of appearance in these Chapter 15 Cases, within three (3) business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

4. Service of the Notice in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties.

5. Responses or objections to the Petition and the relief requested therein must be made pursuant to the Bankruptcy Code, the local rules of the Court and the Bankruptcy Rules, including, without limitation, Bankruptcy Rule 1012, in writing and setting forth the basis therefore. Such responses must be filed with the Office of the Clerk of the Court, 515 Rusk Avenue, Houston, Texas 77002, and served upon counsel for the Foreign Representative so as to be received by them no later than __August 11__, 2020 at 4:00 p.m. (prevailing Central Time). Notices to counsel for the Foreign Representative should be addressed to Latham &

---

[3] The findings and conclusions set forth herein and in the record of the hearing on the Petition constitute this Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014. To the extent any of the findings of fact herein constitute conclusions of law, they are adopted as such. To the extent any of the conclusions of law herein constitute findings of fact, they are adopted as such.

Watkins LLP, 885 Third Avenue, New York, New York, 10022-4864, Attention: Caroline A. Reckler.

6. A hearing on the Recognition Order, as defined in the Motion, is scheduled for __August 25__, 2020 at _10:00 a.m._ (prevailing Central time), or as soon thereafter as counsel shall be heard, by video connection ~~XXXXXXXXXXXX~~ of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002.

7. All notice requirements set forth in Bankruptcy Code § 1514(c) are hereby waived.

**Signed: July 14, 2020.**

 _____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**