# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 20-33529 (DRJ) |
|  | ) |  |
| Calfrac Well Services Corp., *et al.*,[1] | ) | Chapter 15 |
|  | ) |  |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Trey Monsour, Esq. of Fox Rothschild LLP, co-counsel to Wilks Brothers, LLC and its Affiliated Funds ("**Wilks**"), certify under penalty of perjury that I am not less than 18 years of age, and that on August 11, 2020, I caused the *Sealed Objection of Wilks Brothers, LLC and its Affiliated Funds to Petition for Recognition and Chapter 15 Relief [Docket No. 77]* on the parties on the service list attached hereto as **Exhibit A**, via U.S. mail, first class and postage prepaid and via electronic mail.

Dated: August 21, 2020

**FOX ROTHSCHILD LLP**

*/s/ Trey A. Monsour*
Trey A. Monsour, Esquire
Texas Bar No. 14277200
2843 Rusk Street
Houston, TX 77003
Phone: (713) 927-7469

and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal; tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

113194246.v1

5420 Lyndon B. Johnson Freeway
Suite 1200
Dallas, TX 75240
Phone: (972) 991-0889
Fax: (972) 404-0516
Email: tmonsour@foxrothschild.com

*Counsel to Wilks Brothers, LLC and its Affiliated Funds*

**Exhibit "A"**

Eric Michael English
John F. Higgins, IV
Porter Hedges LLP
1000 Main Street
Suite 3600
Houston, TX 77002
*Counsel to the Debtor*

Hector Duran Jr.
Office of the U.S. Trustee
515 Rusk
Suite 3516
Houston, TX 77002
*U.S. Trustee*

3

113194246.v1