**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 20-33529 (DRJ) |
| Calfrac Well Services Corp., *et al.*,[1] | ) ) | Chapter 15 |
| Debtors in a Foreign Proceeding. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Trey Monsour, Esq. of Fox Rothschild LLP, co-counsel to Wilks Brothers, LLC and its Affiliated Funds ("**Wilks**"), certify under penalty of perjury that I am not less than 18 years of age, and that on August 11, 2020, I caused the *(i) Objection of Wilks Brothers, LLC and its Affiliated Funds to Petition for Recognition and Chapter 15 Relief (Redacted) [Docket No. 75]; and (ii) Emergency Motion of Wilks Brothers, LLC and its Affiliated Funds for Entry of an Order Authorizing Them to File Certain Confidential information Related to Their Objection to Petition for Recognition and Chapter 15 Relief Under Seal [Docket No. 76],* to be served via the Court's CM/ECF electronic filing system on those parties registered to receive such notice, and on the parties on the service list attached hereto as **Exhibit A**, via e-mail or U.S. mail, first class and postage prepaid.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal; tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

113193300.v1

Dated:  August 21, 2020  **FOX ROTHSCHILD LLP**

*/s/ Trey A. Monsour*
Trey A. Monsour, Esquire
Texas Bar No. 14277200
2843 Rusk Street
Houston, TX 77003
Phone: (713) 927-7469

and


5420 Lyndon B. Johnson Freeway
Suite 1200
Dallas, TX 75240
Phone: (972) 991-0889
Fax: (972) 404-0516
Email: tmonsour@foxrothschild.com

*Counsel to Wilks Brothers, LLC and its Affiliated Funds*

## **EXHIBIT "A"**

Eric Michael English
John F. Higgins, IV
Porter Hedges LLP
1000 Main Street
Suite 3600
Houston, TX 77002

Hector Duran Jr.
Office of the U.S. Trustee
515 Rusk
Suite 3516
Houston, TX 77002

113193300.v1

Master Service List as of August 6, 2020

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Phone | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12178711 Canada Inc. | Attn: Joel Gaucher | 4500, 855 — 2nd Street SW | | | Calgary | | M5H 2S7 | Canada | 403-695-3298 | | |
| Ad Hoc Committee of Calfrac Noteholders | c/o Goodmans LLP | Attn: Robert J. Chadwick & Bradley Wiffen | Bay Adelaide Centre | 333 Bay Street, Suite 3400 | Toronto | ON | | Canada | 416-597-4208 | | rchadwick@goodmans.ca bwiffen@goodmans.ca |
| AIMCO | c/o Torys LLP | Attn: Neville Jugnauth | 525 — 8th Avenue SW, 46th Floor | Eighth Avenue Place East | Calgary | AB | T2P 1G1 | Canada | | 403-776-3800 | njugnauth@torys.com |
| Bexar County | c/o Lineberger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| BOKF, N.A., as Indenture Trustee for the 8.50% Senior Notes Due 2026 | c/o Reed Smith LLP | Attn: Eric A. Schaffer | 225 Fifth Avenue, Suite 1200 | | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | eschaffer@reedsmith.com |
| BOKF, N.A., as Indenture Trustee for the 8.50% Senior Notes Due 2026 | c/o Reed Smith LLP | Attn: Lloyd A. Lim & Rachel I. Thompson | 811 Main Street, Suite 1700 | | Houston | TX | 77002-6110 | | 713-469-3800 | 713-469-3899 | rithompson@reedsmith.com llim@reedsmith.com |
| Calfrac (Canada) Inc. | Attn: Joel Gaucher | 4500, 855 — 2nd Street SW | | | Calgary | AB | T2P 4K7 | Canada | 403-695-3298 | | jgaucher@calfrac.com |
| Calfrac / Liberty Mutual | Attn: Maureen Harrington | 5670 Greenwood Plaza Blvd. | Suite 400 | | Greenwood Village | CO | 80111 | | | | DenverLegalVVCAlibertymutual.com |
| Calfrac / Liberty Mutual | c/o Butt, Thornton, & Baehr PC | Attn: Neysa E. Lujan | 4101 Indian School Road NE | Suite 300S | Albuquerque | NM | 87110 | | | | nelujan@btblaw.com |
| Calfrac / Liberty Mutual | Attn: Jonathan E. Dominguez | PO Box 3170 | | | Albuquerque | NM | 87190 | | | | jedominguez@btblaw.com |
| Calfrac / Liberty Mutual | c/o Downs Stanford, PC | Attn: Christopher Esson | 2001 Bryan Street | Suite 4000 | Dallas | TX | 75201 | | | | cesson@downsstanford.com |
| Calfrac Holdings LP | Attn: Joel Gaucher | 2711 Centerville Road, Suite 400 | | | Wilmington | DE | 19808 | | 403-695-3298 | | jgaucher@calfrac.com |
| Calfrac Well Services Corp. | Serving Registered Agent Corporation Service Company | D/B/A CSC Lawyers Incorporating Service Company | 211 E 7th Street, Suite 620 | | Austin | TX | 78701 | | | | |
| Calfrac Well Services Corp. | Attn: Joel Gaucher | 1560 Broadway | Suite 2090 | | Denver | CO | 80202 | | 403-695-3298 | | jgaucher@calfrac.com |
| Calfrac Well Services Ltd. | Attn: Joel Gaucher | 4500, 855 — 2nd Street SW | | | Calgary | AB | T2P 4K7 | Canada | 403-695-3298 | | jgaucher@calfrac.com |
| Calfrac Well Services Ltd. | c/o Bennett Jones LLP | Attn: Chris Simard | 4500 Bankers Hall East | 855-2nd Street SW | Calgary | AB | T2P 4K7 | Canada | 403-298-4485 | | simardc@bennettjones.com |
| CIT Bank, N.A., The CIT Group/Equipment Financing, Inc. and CIT Financial (Alberta) ULC | c/o Vedder Price PC | Attn: Michael L. Schein | 1633 Broadway, 31st Floor | | New York | NY | 10019 | | 212-407-7700 | 212-407-7799 | mschein@vedderprice.com |
| Contence Sloan | | 2001 Harvest Hills Ave., Apt. 127 | | | Williston | ND | 58801 | | | | Sha4133@yahoo.com |
| Dakota Gold Transfer-Plaza, LLC | c/o Severson, Wogsland & Liebl, PC | Attn: Lee M. Grossman | 4627 44th Ave. S | Ste 108 | Fargo | ND | 58104 | | | | lee.grossman@swlattorneys.com |
| DeMarcus Curry | c/o Espinoza Law Firm, PLLC | Attn: Steven Sachs | 10202 Heritage Blvd. | | San Antonio | TX | 78216 | | | | Steven@espinozafirm.com |
| DeMarcus Curry | | PO Box 3170 | | | Albuquerque | NM | 87190 | | | | demarcus.curry2836@gmail.com |
| Dyer & Peterson PC | Attn: John K. Fiorilla | 322 US Highway 46 | Suite 220e | | Parsippany | NJ | 07054 | | | | ffiorillandyerpeterson.com |
| G2S2 Capital | c/o Clarke Inc. | Attn: Paola Calce | 401 Bay St., Suite 2704 | | Toronto | ON | M5H 2Y4 | Canada | 416-640-1834 | | pcalce@clarkeinc.com |
| Harris County | do Lineberger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston bankruptcy@publicans.com |
| Harris County et al. | | PO Box 3547 | | | Houston | TX | 77253-3547 | | | | |
| HSBC Bank Canada | Attention: Vice President | 407 — 8th Avenue SW | | | Calgary | AB | T2P 1 E5 | Canada | | 403-693-8556 | bruce.robinson@hsbc.ca |
| HSBC Bank Canada | c/o Borden Ladner Gervais LLP | Attn: Ian Cooper, Shauna Crothers, Daniel E. Sears & Josef Kruger | Centennial Place, East Tower | 520 3rd Avenue SW, Suite 1900 | Calgary | AB | T2P OR3 | Canada | | 403-266-1395 | ICooper@blg.com SCrothers@b1g.com DSears@b1g.com JKruger@b1g.com |
| Jose Bonilla | Attn: Michael J. Doyle | 2501 San Pedro Drive NE | Suite 2058 | | Albuquerque | NM | 87110 | | | | mikedoyleatty@gmail.com |
| Loyd Brath | do Killin, Davis, Richter & Mayle PC | Attn: Christopher H. Richter | PO Box 4859 | | Grand Junction | CO | 81502 | | | | nickl@killianlaw.com |
| Mickey Olson | Attn: John Hightower | 5670 Greenwood Plaza Blvd | Suite 400 | | Greenwood Village | CO | 80111 | | | | jshightower@sbcw-law.com |
| Midland Central Appraisal District | do McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | 512-323-3205 | tleday@mybalaw.com |
| Midland County | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | PO Box 817 | | Lubbock | TX | 79408 | | 806-744-5092 | 806-744-9953 | lmbkr@pbfern.corn |
| Ronald P. Mathison | c/o Latham & Watkins LLP | Attn: Caroline A. Reckler & Adam J. Goldberg | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | | caroline.reckler@lw.com edem.goldberg@lw.com |
| Securities and Exchange Commission | Bankruptcy Dept | 801 Cherry Street | Suite 1900 | Unit 18 | Fort Worth | TX | 76102 | | | | dfw@sec.gov |
| Securities and Exchange Commission | Attn: Andrew Calamari, Regional Director | New York Regional Office | 200 Vesey Street | Suite 400 | New York | NY | 10281-1022 | | | | |
| Soo Line Railroad Company (d/b/a Canadian Pacific) | c/o Nilles Law Firm | Attn: Mark R. Hanson | 201 North 5th Street | | Fargo | ND | 58102 | | | | mhanson@nilleslaw.com |
| Union Pacific Railroad Company | Attn: Tonya W. Conley & Lila L. Howe | 1400 Douglas Street, STOP 1580 | | | Omaha | NE | 68179 | | 402-544-3015; 402-544-1184 | | bankruptcynotices@up.com |
| United States Trustee | Office of the United States Trustee | 515 Rusk Street, Suite 3516 | | | Houston | TX | 77002 | | 713-718-4650 | 713-718-4670 | Diane.G.Livingstone@usdoj.gov |
| Voorhies | do Lubel Voyles LLP | Attn: Lance H. Lubel | 675 Bering Drive | Suite 850 | Houston | TX | 77057 | | | | lance@lubelvoyles.com |
| Voorhies | c/o Spagnoletti Law Firm | Attn: Marcus R. Spagnoletti & Eric J. Rhine | 401 Louisiana Street, 8th Floor | | Houston | TX | 77002 | | | | mspagnoletti@spaglaw.com erhine@spaglaw.com |
| Wells Fargo Bank, National Association | Attention: Corporate Trust Service — Administrator for Calfrac Holdings, Inc. | 333 S. Grand Ave., 5th Floor | | | Los Angeles | CA | 90071 | | | | casey.boyle@wellsfargo.com |
| Wells Fargo Bank, National Association | do Thomson Hine | Attn: Yesenia D. Batista | 335 Madison Avenue | 12th Floor | New York | NY | 10017-4611 | | | 212-344-6101 | Yesenia.Batista@ThompsonHine.com |
| Wells Fargo Bank, National Association, as Indenture Trustee for the 8.5% Senior Notes Due | do Reed Smith LLP | Attn: Eric A. Schaffer | 225 Fifth Avenue, Suite 1200 | | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | eschaffer@reedsmith.com scollins@mccarthy.ca |
| Wells Fargo Bank, National Association, as Indenture Trustee for the 8.5% Senior Notes Due | do Reed Smith LLP | Attn: Lloyd A. Lim & Rachel I. Thompson | 811 Main Street | Suite 1700 | Houston | TX | 77002-6110 | | 713-469-3800 | 713-469-3899 | llim@reedsmith.com rithompson@reedsmith.com |
| Wilks Brothers, LLC and its Affiliates | do Stroock & Stroock & Levan LLP | Attn: Daniel Fliman, Harold A. Olsen & Patrick N. Petrocelli | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5601 | 212-806-6006 | dfliman@stroock.com holsen@stroock.com ppetrocelli@stroock.com |
| Wilks Brothers, LLC and its Affiliates | do Fox Rothschild LLP | Attn: Trey A. Monsour | 2843 Rusk Street | | Houston | TX | 77003 | | 713-927-7469 | | |
| Wilks Brothers, LLC and its Affiliates | do Fox Rothschild LLP | Attn: Trey A. Monsour | Two Lincoln Centre | 5420 LBJ Freeway, Suite 1200 | Dallas | TX | 75240 | | 972-991-0889 | 972-404-0516 | tmonsour@foxrothschild.com |
| Wilmington Trust, National Association | Attn: Calfrac Holdings Notes Administrator | 50 South Sixth Street, Suite 1290 | | | Minneapolis | MN | 55402 | | | 612-217-5651 | |
| Wilmington Trust, National Association | c/o Covington & Burling LLP | Attn: Ronald Hewitt | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018-1405 | | 212-841-1010 | | rhewitt@cov.com |