

ENTERED
08/23/2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 20-33529 (DRJ) |
| Calfrac Well Services Corp., *et al.*,[1] | ) ) | Chapter 15 |
| Debtors in a Foreign Proceeding. | ) ) ) | (Jointly Administered) |

### ORDER AUTHORIZING CERTAIN CONFIDENTIAL INFORMATION RELATED TO THE OBJECTION OF WILKS BROTHERS, LLC AND ITS AFFILIATED FUNDS TO PETITION FOR RECOGNITION AND CHAPTER 15 RELIEF UNDER SEAL
(Docket No. 76)

Upon the motion (the "Motion") of Wilks Brothers, LLC and its Affiliated Funds ("Wilks") for entry of an order (this "Order"),(i) authorizing them to redact and file under seal certain confidential information in connection with their objection to the Debtors' Petition for Recognition and Chapter 15 Relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Wilk's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal; tax identification number, are: Bristow Group Inc. (9819), BHNA Holdings Inc. (8862), Bristow Alaska Inc. (8121), Bristow Helicopters Inc. (8733), Bristow U.S. Leasing LLC (2451), Bristow U.S. LLC (2904), BriLog Leasing Ltd. (9764), and Bristow Equipment Leasing Ltd. (9303). The corporate headquarters and the mailing address for the Debtors listed above is 2103 City West Blvd., 4th Floor, Houston, Texas 77042.

113134674.v2

be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Wilks is authorized to file a redacted and unredacted version of its objection under seal pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Bankruptcy Local Rules 9037-1 and 9013-1.

3. The confidential information shall remain confidential, shall remain under seal, and shall not be made available to anyone except Wilks is authorized to cause the unredacted version to be served on and made available, on a confidential basis, to: (a) the Court; (b) the U.S. Trustee; and (c) any other party as may be ordered by the Court.

5. Any party who receives the confidential information in accordance with this Order shall not disclose or otherwise disseminate such confidential information to any other person or entity, including in response to a request under the Freedom of Information Act.

6. This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the material filed under seal.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. Wilks are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  August 21, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**