EXHIBITS FILED UNDER SEAL

Exhibit 122